UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ISABEL GARCIA MEZA,<br><br>        Plaintiff,<br><br>  vs.<br><br>UNITED STATES DISTRICT COURT<br>EASTERN DISTRICT OF<br>WASHINGTON,<br><br>        Defendant. | NO.  CV-07-3102-CI<br><br>ORDER ADOPTING REPORT AND<br>RECOMMENDATION AND DISMISSING<br>COMPLAINT WITH PREJUDICE<br><br>**1915(g)** |

Magistrate Judge Imbrogno filed a Report and Recommendation on May 28, 2008, recommending Mr. Garcia-Meza's complaint be dismissed for failure to state a claim upon which relief may be granted, and that such dismissal count as one under 28 U.S.C. § 1915(g).  There being no objections, the court **ADOPTS** the Report and Recommendation. **IT IS ORDERED** the complaint is **DISMISSED WITH PREJUDICE** under 28 U.S.C. §§ 1915(e)(2) and 1915A(b)(1).

Pursuant to 28 U.S.C. § 1915(g), enacted April 26, 1996, a prisoner who brings three or more civil actions or appeals which are dismissed as frivolous or for failure to state a claim will be precluded from bringing any other civil action or appeal *in forma pauperis* "unless the prisoner is under imminent danger of serious

ORDER ADOPTING REPORT AND RECOMMENDATION
AND DISMISSING COMPLAINT WITH PREJUDICE -- 1

physical injury."  28 U.S.C. § 1915(g).  **Plaintiff is advised to read the new statutory provisions under 28 U.S.C. § 1915.  This dismissal of Plaintiff's complaint may count as one of the three dismissals allowed by 28 U.S.C. § 1915(g) and may adversely affect his ability to file future claims**.

**IT IS SO ORDERED**.  The District Court Executive is directed to enter this Order, forward a copy to Plaintiff at his last known address, enter judgment, and close the file.  The District Court Executive is further directed to forward a copy of this Order to the Office of the Attorney General of Washington, Criminal Justice Division.  The District Court Executive shall also send a courtesy copy of this Order to Attorney William A. Schuler, III.

**DATED** this 18th day of June 2008.

*S/ Robert H. Whaley*

ROBERT H. WHALEY
CHIEF UNITED STATES DISTRICT JUDGE

Q:\CIVIL\2007\garcia-meza.adoptrr.wpd

ORDER ADOPTING REPORT AND RECOMMENDATION
AND DISMISSING COMPLAINT WITH PREJUDICE -- 2