AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## Eastern District of Washington

ISABEL GARCIA MEZA,

          Plaintiff,

v.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON,

          Defendant.

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER: C-07-3102-CI

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED the Complaint is DISMISSED WITH PREJUDICE under 28 USC Section 1915(e)(2) and Section 1915A(b)(1).

6/18/08
*Date*

JAMES R. LARSEN
*Clerk*

s/ Renea Ferrante
*(By) Deputy Clerk*
Renea Ferrante